UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SHENG YANG,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:08-cv-01263-GSA<br><br>ORDER |

Having considered Defendant's Ex Parte Motion for Enlargement of Time Within Which to File an Answer or other Responsive Pleading filed on January 14, 2009, and good cause appearing, the court GRANTS Defendant's motion. Defendant may answer or otherwise respond to Plaintiff's Complaint no later than February 17, 2009.

IT IS SO ORDERED.

Dated: **January 16, 2009**                    **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE